UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELIA M. HAYES,<br><br>            Plaintiff,<br><br>     v.<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>            Defendants. | No.  1:20-cv-01233-NONE-EPG<br><br>ORDER GRANTING STIPULATION<br><br>ORDER PERMITTING WITHDRAWAL OF MOTION TO DISMISS WITHOUT PREJUDICE<br><br>(ECF Nos. 4, 5) |

On October 26, 2020, the parties filed a stipulation (ECF No. 14), stating that they had met and conferred and agreed to permit Plaintiff to file an amended complaint and to a certain briefing schedule. Finding good cause, the Court GRANTS the parties' stipulation.

Accordingly, IT IS HEREBY ORDERED that:

1)      Defendants' motion to dismiss (ECF Nos. 4, 5)[1] is withdrawn without prejudice;

2)      Plaintiff shall file her amended complaint no later than November 16, 2020; and

3)      Defendants shall answer or otherwise respond to the amended complaint no later than December 7, 2020.

IT IS SO ORDERED.

    Dated:  **October 27, 2020**                                     /s/ Erica P. Grosjean
                                                                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants' filed an amended motion to dismiss (ECF No. 5), one day after filing their original motion to dismiss (ECF No. 4).

1