UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELIA M. HAYES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>　　　　　Defendants. | No.  1:20-cv-01233-NONE-EPG (PS)<br><br>ORDER TO COMPLY WITH CLERK'S NOTICE |

　　　　On October 27, 2020, the Court entered an order pursuant to a stipulation, requiring Plaintiff Delia M. Hayes to file her amended complaint no later than November 16, 2020. (ECF No. 15). On November 16, 2020, Plaintiff filed an amended complaint; however, she docketed it as an "amended document." (ECF No. 16). On November 24, 2020, the Clerk of Court entered a notice requiring Plaintiff to re-file her document as an amended complaint. (ECF No. 17). Plaintiff has not yet done so. Accordingly, it is HEREBY ORDERED that within three days, Plaintiff shall comply with the clerk's notice (ECF No. 17).

IT IS SO ORDERED.

　　Dated:   **December 4, 2020**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28